```
ELLEN M. BARRY (No. 141286)
316 W. Second Street, Suite 1202
Los Angeles, CA 90012
Telephone (213)621-1662
Facsimile (213)621-1644

Attorney for Defendant
WILSON FUNG
```

RECEIVED
'06 MAY 15 PM 12:12

FILED
MAY 1 6 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>WILSON FUNG,<br><br>    Defendant. | NO. CR 06-90-MHP-2<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER MODIFYING BOND<br>CONDITIONS TO PERMIT VACATION<br>TRAVEL |

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney, Candace Kelly, and defendant WILSON FUNG, MD, by and through his attorney of record, Ellen Barry, that bond conditions in this matter be modified to permit defendant to travel to Kauai, Hawaii, for a pre-paid, pre-planned vacation, commencing June 16, 2006, returning June 23, 2006.

  Defendant is herewith ordered to provide to his Pre-Trial Services agent information regarding his travel arrangements and hotel accommodations at least one week prior to his departure, and

BOND MODIFICATION PERMITTING VACATION TRAVEL

1  to comply with any additional reporting requirements imposed by the
2  Pre-Trial Services agency during the pendency of the trip.

3                                          Respectfully submitted,

5  DATED: May 15, 2006                     _____
                                           ELLEN M. BARRY

7                                          KEVIN V. RYAN
                                           United States Attorney

9
10 DATED: 5-15-06                          By_____
                                              CANDACE KELLY
11                                            Assistant United States Attorney

12        IT IS SO ORDERED.
13

15 DATED: 5/16/06                          _____
                                           HONORABLE MARILYN H. PATEL
16                                         United States District Judge

BOND MODIFICATION PERMITTING VACATION TRAVEL
2