```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION


UNITED STATES OF AMERICA,      )   NO. CR 06-0090-MHP-2
                               )
              Plaintiff,       )   [PROPOSED] ORDER GRANTING
                               )   MODIFICATION OF BOND
         v.                    )   CONDITIONS TO PERMIT TRAVEL
                               )
WILSON FUNG,                   )
                               )
              Defendant.       )
                               )
_____)
```

UPON CONSIDERATION OF STIPULATION agreed by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney, Laurel Beeler, and defendant WILSON FUNG, MD, by and through his attorney of record, Ellen Barry, that bond conditions in this matter be modified to permit defendant to travel to Salt Lake City, Nevada, for a holiday family vacation, commencing December 20, 2007, returning December 25, 2007, it is hereby

ORDERED that bond conditions are modified to permit this travel.

DATED: December 10, 2007

_____
MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Marilyn H. Patel*

ORDER MODIFYING BOND PERMITTING TRAVEL