1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,          )        No.: CR 06 0090 MHP
                                       )
12          Plaintiff,                 )
                                       )
13          v.                         )        STIPULATION AND ORDER ~~(Proposed)~~
                                       )
14  WILSON FUNG and                    )
    EDWARD RIDGELL,                     )
15                                      )
            Defendants.                )
16  _____)

17      1.   The United States Attorney's Office has entered into a written agreement with the

18  defendants that prosecution of this case should be deferred for one year to enable the defendants

19  to demonstrate their good conduct.   If the defendants complete this period of diversion

20  successfully, then the indictment in this case will be dismissed.  The parties stipulate that with

21  the Court's approval of this stipulation and order, the one-year diversionary period is statutorily

22  excluded under the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(2).

23      2.   The parties also agree that the ends of justice served by excluding time to give the

24  defendants an opportunity for diversion outweigh the best interests of the public and the

25  defendants in a speedy trial.  The parties agree that failure to grant such a continuance for the

26  one-year diversionary period would likely result in a miscarriage of justice.  See 18 U.S.C. §

27  3161(h)(8) (A) & (B)(i).

28      3.   Currently the matter is set for status on December 17, 2007.   Based on the parties' written

STIPULATION AND ORDER (CR 06 0090 MHP)

1 diversion agreement, the parties ask the Court to vacate the December 17, 2007, appearance, set a

2 status date of December 15, 2008, at 10 a.m., and exclude time under the Speedy Trial Act until

3 December 15, 2008, which is the one-year diversion period. Assuming the defendants complete

4 their diversionary period successfully, the parties will submit a further order to the Court in

5 December 2008 vacating the December 15, 2008, hearing date.

6 STIPULATED:

7 DATED: December 17, 2007 _____/s_____
ELLEN BARRY
8 Attorney for Wilson Fung

9 DATED: December 17, 2007 _____/s_____
GEOFFREY HANSEN
10 Attorney for Edward Ridgell

11 DATED: December 17, 2007 _____/s_____
LAUREL BEELER
12 TIMOTHY J. LUCEY
Assistant United States Attorneys

13

14     For good cause shown, and for the reasons articulated above, the Court (1) finds that time

15 should be excluded in this case to allow the defendants the opportunity for diversion, (2) finds

16 that the ends of justice served by excluding the period from December 17, 2007, to December 15,

17 2008, outweigh the best interest of the public and the defendants in a speedy trial, and (3) orders

18 that the period from December 17, 2007, to December 15, 2008, be excluded from Speedy Trial

19 Act calculations under 18 U.S.C. § 3161(h)(2) & (8)(A) & (B)(i).

20     IT IS SO ORDERED.

21 DATED:_ 12/19/2007 _____ _____

22 MARILYN HALL PATEL
United States District Judge

23

24

25

26

27

28