JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6765
    Facsimile: (415) 436-7234
    E-Mail: laurel.beeler@usdoj.gov
           timothylucey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 06 0090 MHP (BZ) |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND ORDER <s>(Proposed)</s> |
| WILSON FUNG and ) | |
| EDWARD RIDGELL, ) | |
|     Defendants. ) | |

    The parties ask the Magistrate Court to vacate its April 23, 2008, periodic review of the defendants' conditions of release. See CR 99. The parties ask the Court to vacate the hearing based on the defendants' residence in another district, the formal diversion agreement that they have reached with the United States, and the parties' agreement that no formal supervision is needed by United States Pretrial Services. More specifically:

    1. The parties have reached a formal diversion agreement that contemplates dismissal of the case on December 15, 2008. Time has been excluded under the Speedy Trial Act until December 15, 2008, and there are no more status appearances set in the case.

    2. The parties agreed on a diversionary period until December because the defendants

STIPULATION AND ORDER (CR 06 0090 MHP) (BZ)

1  have agreed to pay restitution.  Because they cannot pay a lump sum payment, they have agreed
2  to sign a promissory note establishing a payment plan so that payments can continue after the
3  case is dismissed.  The parties still must finalize the terms of the note with CMS, the entity that
4  will receive the payments.

5        3.  Both defendants are medical doctors who reside in the Central District of California.
6  Both are cooperating with the United States as a condition of their diversion agreements.  Under
7  the circumstances, the parties agree that no further supervision of the defendants is necessary.
8  United States Pretrial Services does not object to removing the reporting condition to Pretrial
9  Services.

10        4.  In addition, the assistant United States Attorney assigned to the case is unavailable
11  from April 22, 2008, to May 7, 2008, due to a trial, witness interviews for a second trial, and a
12  previously-scheduled trip from April 30, 2008, to May 6, 2008, and thus is unavailable for the
13  scheduled appearance on April 23, 2008 (although someone else could cover the appearance).
14  Also, having a status appearance requires travel and expense by the defendants and Dr. Fung's
15  attorney.

16  STIPULATED:

17  DATED: April 3, 2008           /s
                                            ELLEN BARRY
18                                              Attorney for Wilson Fung

19  DATED: April 3, 2008           /s
                                            GEOFFREY HANSEN
20                                              Attorney for Edward Ridgell

21  DATED: April 3, 2008           /s
                                            LAUREL BEELER
22                                              TIMOTHY J. LUCEY
23                                              Assistant United States Attorneys

24       For good cause shown, and for the reasons stated above, the Court vacates the April 23,
25  2008, hearing that is set for 1:30 p.m.

26       IT IS SO ORDERED.

27  DATED:  April 3, 2008                                  /s/ Bernard Zimmerman
28                                              BERNARD ZIMMERMAN
                                            United States Magistrate Judge

STIPULATION AND ORDER (CR 06 0090 MHP) (BZ)     2