UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 06-0090-MHP-2 |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER |
| ) | |
| v. ) | |
| ) | |
| WILSON FUNG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

UPON CONSIDERATION OF STIPULATION agreed by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney, Laurel Beeler, and defendant WILSON FUNG, MD, by and through his attorney of record, Ellen Barry, that his passport be returned to him, it is hereby

ORDERED that the clerk of this court shall make it available to Dr. Fung or his authorized representative for pick up.

DATED: July 23, 2008

_____
MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Respectfully Submitted by:
*Ellen M. Barry*
ELLEN M. BARRY
ellen@ellenbarrylaw.com
Law Offices of Ellen M. Barry
316 W. 2nd Street, Suite 1202
Los Angeles, CA 90012
Tel: (213) 621-1662/ Fax: (213) 621-1644

ORDER RETURNING PASSPORT