| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | LAUREL BEELER (CSBN 187656)<br>TIMOTHY J. LUCEY (CSBN 172332) |
| 5 | Assistant United States Attorney |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-6765<br>FAX:       (415) 426-7234 |
| 8 | Email:     laurel.beeler@usdoj.gov |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06 090 MHP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| WILSON FUNG, | ) | |
| Defendant. | ) | (San Francisco Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice the indictment as to Wilson Fung charging conspiracy to commit health care fraud and health care fraud in violation of 18 U.S.C. § 1349 and 1347.

DATED: 9-24-07

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

NOTICE OF DISMISSAL (CR )

1  Leave is granted to the government to dismiss the indictment as to Wilson Fung.
2  Date: __12/16/2008__
3
4  _____
   MARILYN HALL PATEL
   United States District Judge

